O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PHIPPS,<br><br>        Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY,<br><br>        Defendant. | Case No. CV 11-09935 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE to refiling in state court. The Court orders that such judgment be entered.

Dated: July 27, 2012

                                      VIRGINIA A. PHILLIPS
                                United States District Judge